**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Karl Earl BEAMON, Defendant–**
**Appellant.**

**No. 02–6335.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 30, 2002.

Decided June 5, 2002.

Karl Earl Beamon, Appellant Pro Se. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Karl Earl Beamon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Beamon,* 189 F.Supp.2d 350 (E.D.Va.2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*